# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 8, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152007(19)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JESSE LEE AGNEW,
      Defendant-Appellant.

SC: 152007
COA: 326670
Wayne CC: 93-010859-FC

_____/

      On order of the Chief Justice, the motion of defendant-appellant to hold this matter in abeyance for 30 days or until counsel files a supplemental pleading in the case is GRANTED. The matter is held in abeyance until January 25, 2016, or until counsel files the supplemental pleading, whichever comes first.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 8, 2016

